UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PRAMUKHRAJ HURON LLC D/B/A HAMPTON INN & SUITES,<br><br>    Plaintiff,<br><br>    v.<br><br>SELECTIVE INSURNACE COMPANY OF AMERICA,<br><br>    Defendant. | Case No. 25-cv-00829-JPG |
| PRAMUKHRAJ HURON LLC D/B/A HAMPTON INN & SUITES,<br><br>    Plaintiff,<br><br>    v.<br><br>SELECTIVE INSURNACE COMPANY OF AMERICA,<br><br>    Defendant. | Case No. 25-cv-01776-JPG |

**MEMORANDUM AND ORDER**

This matter comes before the Court for case management purposes. Federal Rule of Civil Procedure 42(a) allows the Court discretion to consolidate cases that involve a common question of law or fact. The cases of *Pramukhraj Huron LLC d/b/a Hampton Inn & Suites v. Selective Insurance Company of America*, No. 25-cv-829-JPG, and *Pramukhraj Huron LLC d/b/a Hampton Inn & Suites v. Selective Insurance Company of America*, No. 25-cv-1776-JPG both concern a breach of contract dispute arising from Defendant Selective Insurance Company of America's refusal to indemnify Plaintiff Pramukhraj Huron LLC for property damage it sustained. The two cases are identical in all important respects, and the Court finds it would

serve the interest of justice and judicial economy to consolidate them. Therefore, the Court CONSOLIDATES No. 25-cv-829-JPG and No. 25-cv-1776-JPG. Since No. 25-cv-829-JPG has proceeded to the answer stage, it will become the lead case. All future filings shall be made *only* in No. 25-cv-829-JPG but must bear the double caption used in this order. The Court DIRECTS the Court of Clerk to add Corinne E. Mitchell and Michael L. Wagner of Clayborne, Sabo and Wagner, Belleville, IL, to the docket sheet in No. 25-cv-829-JPG and grant them access to documents in that case.

**IT IS SO ORDERED.**
**DATED: September 25, 2025**

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **United States District Judge**